

PS 8
(4/01)

# UNITED STATES DISTRICT COURT

for

District Of Connecticut

PROBATION OFFICE

2008 JAN 11  P 2: 25

U.S.A. vs.          PACE, Robert Michael          Docket No.     0205 3:07MJ00264(EBB)

## Petition for Action on Conditions of Pretrial Release

COMES NOW Nicole A. Owens, PROBATION OFFICER presenting an official report upon the conduct of defendant Robert Michael Pace who was placed under pretrial release supervision by the Honorable Ellen Bree Burns, Senior United States District Judge sitting in the court at New Haven, Connecticut on the 3rd day of January, 2008 under the following conditions:

Execute a bond or an agreement to forfeit upon failing to appear as required the properties(s) located at 18 Wood Chase Lane, North Branford, Connecticut, 321 Spring Street, Block Island, Rhode Island and 2 parcels located at 16 Old Portland Road, Freedom, New Hampshire. In addition to the standard conditions the Court also ordered the following special conditions: 1. The defendant shall report to the Probation Office as directed; 2. The defendant shall seek/maintain employment and notify the Probation Office of terms of employment; 3. The defendant's travel shall be restricted to the District of Connecticut; 4. The defendant shall have no direct/indirect contact with victims, witnesses or any individual(s)/gang members engaging in illegal activity; 5. The defendant shall refrain from possessing any firearms, weapons or dangerous devices. He shall surrender all weapons and permits to the U.S. Attorney's Office; 6. The defendant shall refrain from any use of alcohol: 7. The defendant shall submit to electronic monitoring with a curfew from 8:00 p.m. to 6:00a.m. and 8. The defendant shall submit to drug testing/treatment as directed by USPO.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

Mr. Pace has been compliant since his release. During the detention one essential condition of release was not included, this condition would permit the defendant from obtaining a passport while his case is pending. Mr. Pace does not possess a U.S. Passport and reports that one has never been issued in his name.

The Probation Office respectfully recommends that the Court modify the defendant's conditions of release ordering that he not obtain a passport while this case is pending.

Defense counsel has no objection to this modification. A response is pending from the U.S. Attorney's Office.

PRAYING THAT THE COURT WILL ORDER the defendant not to obtain a passport while this case is pending. Also, that all of the original conditions of release remain in effect.

ORDER OF COURT

Considered and ordered this ___16th___ day of ___January___, 2008 and ordered filed and made a part of the records in the above case.

_____
The Honorable Ellen Bree Burns,
Senior United States District Judge

Respectfully,

_Nicole Owens_
Nicole A. Owens
United States Probation Officer

Place      U.S.D.C New Haven, CT

Date       January 9, 2008